FILED

OCT - 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL D. BALZARINI, | No. C 13-01486 BLF (PR) |
| Plaintiff, | **ORDER ADDRESSING PENDING MOTION** |
| v. | |
| DR. W. ULIT, et al., | |
| Defendants. | |
| | (Docket No. 52) |

Plaintiff Mr. Michael D. Balzarini, a state prisoner, filed the instant civil rights action in *pro se* pursuant to 42 U.S.C. § 1983, against a prison medical official, Dr. Chudy.[1]  Plaintiff was granted leave to proceed *in forma pauperis* ("IFP") at the outset of this action. (Docket No. 5.)  On September 15, 2014, the Court granted Defendant's motion to revoke Plaintiff's IPF status under 28 U.S.C. § 1915(g).  (Docket No. 49.) Plaintiff was granted fourteen days to pay the full filing fee to avoid dismissal of the case without prejudice.  (*Id.*)  Thereafter, the Court denied Plaintiff's motion for an exception to the IFP revocation, and directed Plaintiff to pay the filing fee by October 6, 2014.

_____

[1]The third amended complaint, (Docket No. 10), is the operative complaint in this matter.

1   (Docket No. 51.)

2       Plaintiff has filed a "Re-hearing and Notice of Motion and Motion Appealing Final

3   Judgment: 28 U.S.C. § 1291." (Docket No. 52.)   The motion was addressed to this

4   Court, but the § 1291 citation indicates that Plaintiff intends to appeal the decision of this

5   Court to the United States Court of Appeals.

6       Accordingly, the Clerk shall terminate the motion, and send a copy of Plaintiff's

7   motion to the Ninth Circuit Court of Appeals as a courtesy to Plaintiff.

8       This order terminates Docket No. 52.

9   **IT IS SO ORDERED.**

10

11  DATED: _Oct 2, 2014_                    _____

12                                          BETH LABSON FREEMAN
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Addressing Pending Motion
01486Balzarini_motion.wpd                    2